**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARC E. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-227-LPS-SRF |
| | ) | |
| PERDUE FARMS INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 6, 2012, true and correct copies of (1) Defendant's Answers to Plaintiff's First Set of Interrogatories, and (2) Defendants Responses to Plaintiff's First Request for Production of Documents were served via electronic mail upon the following counsel of record:

> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 S. State Street
> P. O. Box 497
> Dover, Delaware  19903

| OF COUNSEL: | */s/ Lori A. Brewington* |
|---|---|
| | Jennifer C. Jauffret (#3689) |
| Brooks R. Amiot | Jauffret@rlf.com |
| Jackson \| Lewis LLP | Lori A. Brewington (#4522) |
| 2800 Quarry Lake Drive, Suite 200 | Brewington@rlf.com |
| Baltimore, MD 21209 | Richards, Layton & Finger, P.A. |
| (410) 415-2000 | One Rodney Square |
| | 920 N. King Street |
| Kristina H. Vaquera | Wilmington, Delaware 19801 |
| Jackson \| Lewis LLP | (302) 651-7700 |
| 500 E. Main Street, Suite 800 | |
| Norfolk, VA  23510 | *Attorneys for Defendant* |
| (757) 648-1445 | *Perdue Farms Incorporated* |

Dated:  July 9, 2012

RLF1 5982170v. 1