IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC E. SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>PERDUE FARMS INCORPORATED,<br><br>        Defendant. | C.A. No. 12-227 (LPS) |

## DECLARATION OF BROOKS R. AMIOT

I, Brooks R. Amiot, declare:

1. I am a member of the Bar of the State of Maryland and a partner at the law firm of Jackson Lewis LLP. I have been admitted *pro hac vice* in the United State District Court for the District of Delaware to represent Defendant, Perdue Farms Incorporated ("Perdue"), in the above captioned action. I submit this Declaration in support of the Memorandum in Support of Defendant's Motion for Summary Judgment.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of selected pages from the Deposition of Marc Smith.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of a Letter of Recommendation, dated February 24, 2009.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of selected pages from the Deposition of Charles W. Broderick.

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Declaration of Chuck Broderick.

6. Attached to this Declaration as Exhibit 5 is a true and correct copy of selected pages from the Deposition of Tyson Jefferson.

7. Attached to this Declaration as Exhibit 6 is a true and correct copy of a Memo To File, dated March 13, 2009.

8. Attached to this Declaration as Exhibit 7 is a true and correct copy of a Disciplinary Record for Plaintiff.

9. Attached to this Declaration as Exhibit 8 is a true and correct copy of selected pages from the Deposition of David Jones.

10. Attached to this Declaration as Exhibit 9 is a true and correct copy of a Letter from Marc Smith to Jim Perdue, dated March 17, 2009.

11. Attached to this Declaration as Exhibit 10 is a true and correct copy of Letter from David Jones to Jim Perdue, April 3, 2009.

12. Attached to this Declaration as Exhibit 11 is a true and correct copy of a Memo To Mill Associates Regarding Sexual Harassment Training, dated April 9, 2009.

13. Attached to this Declaration as Exhibit 12 is a true and correct copy of the Declaration of Harry Vannicola.

14. Attached to this Declaration as Exhibit 13 is a true and correct copy of the Declaration of Tyson Jefferson.

15. Attached to this Declaration as Exhibit 14 is a true and correct copy of the Charge of Discrimination filed by Plaintiff with the Delaware Department of Labor, dated April 22, 2009.

16. Attached to this Declaration as Exhibit 15 is a true and correct copy of the Plaintiff's Chronology.

17. Attached to this Declaration as Exhibit 16 is a true and correct copy of the Declaration of Clint Lewis.

18. Attached to this Declaration as Exhibit 17 is a true and correct copy of the Declaration of Vernon Russell.

19. Attached to this Declaration as Exhibit 18 is a true and correct copy of the Declaration of Louis Hudson.

20. Attached to this Declaration as Exhibit 19 is a true and correct copy of the Declaration of Erwin Hall.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 28th day of February, 2013, in Baltimore, Maryland.

Dated: Baltimore, Maryland
February 28, 2013

_____
Brooks R. Amiot (pro hac vice)
JACKSON LEWIS LLP
2800 Quarry Lake Dr., Ste. 200
Baltimore, Maryland 21209
(410) 415-2005
brooks.amiot@jacksonlewis.com