IN THE UNITED STATES DISTRICT COURT

FOR THE DISTICT OF DELAWARE

| | | |
|---|---|---|
| MARC SMITH, | * | C.A. No. 12-227-LTS-SRF |
| Plaintiff, | * | |
| v. | * | |
| PERDUE FARMS, INC., | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| STATE OF DELAWARE | * | |
| | * | SS: |
| COUNTY OF SUSSEX | * | |

### AFFIDAVIT OF ALEX QUEBRAL

COMES NOW Alex Quebral, who being of sound mind, does depose and say as follows:

1. I am over the age of eighteen (18) years and make this affidavit based upon my own personal knowledge.

2. I was employed by Perdue Farms, Inc., at its Bridgeville feed mill from approximately December 2008 until July 2010. I was initially employed as a Receiving Operator and later became a Panel Operator.

3. During my employment, I was a co-worker of Marc Smith.

4. My direct supervisor was Tyson Jefferson, Assistant Mill Manager, and the Mill Manager was Chuck Broderick.

5. On several occasions during my employment, Tyson Jefferson sent messages to me and other employees through the cell phone depicting sexual relations between animals and human beings.

6. In March 2009, after Marc Smith made an initial complaint of sexual harassment and it was not adequately addressed, Mr. Smith contacted Jim Perdue.

7. During my employment, Clinton Lewis, a dispatcher, would take another employee, Vernon Russell, into an office, turn the lights off, and "dry hump" Mr. Russell (*i.e.*, make motions as if Mr. Lewis was having sexual relations with Mr. Russell). This occurred almost every day during my employment.

8. During my employment, Mr. Lewis stated on more than on occasion to one of my co-workers, "I'll take you into the bathroom and fuck the shit out of you," or words to that effect.

9. On a daily basis during my employment, Mr. Lewis would make joking comments to Mr. Jefferson about his (Mr. Lewis') alleged sexual exploits with Mr. Russell. This would occur when Mr. Jefferson would come up to the panel room. Mr. Lewis also made joking comments to Mr. Broderick on more than one occasion about his (Mr. Lewis') alleged sexual exploits.

10. Following Mr. Smith's complaints of sexual harassment, I overheard Mr. Lewis stating that "they" were trying to get rid of Mr. Smith. By "they," I understood Mr. Lewis to be referring to Mr. Broderick and Mr. Jefferson.

11. Following a sexual harassment seminar that was allegedly conducted in response to Mr. Smith's complaints, I overheard an employee whom I believe to be Keith Hudson stating "Don't mess with Marc," or words to that effect.

12.  I was never interviewed by anyone, including Human Resources Director David Jones, about Mr. Smith's allegations of sexual harassment.

FURTHER AFFIANT SAITH NOT.

_____
ALEX QUEBRAL

SWORN TO AND SUBSCRIBED before me this 6th day of March, 2013.

_____
NOTARY PUBLIC
My Commission Expires: 12/15/15