IN THE UNITED STATES DISTRICT COURT

FOR THE DISTICT OF DELAWARE

MARC SMITH,         *       C.A. No. 12-227-LPS-SRF

          Plaintiff,       *

    v.            *

PERDUE FARMS, INC.,       *

          Defendant.       *

STATE OF DELAWARE      *

                      *   SS:

COUNTY OF KENT       *

### AFFIDAVIT OF MARC SMITH

COMES NOW Marc Smith, who being of sound mind, does depose and say as follows:

1.     I am over the age of eighteen (18) years and make this affidavit based upon my own personal knowledge.

2.     Attached hereto as Exhibit "A" is a chronology prepared by my then-attorney, Barbara Stafford, Esquire, based largely upon documentation that I had provided to her.

3.     To the best of my knowledge, the chronology attached hereto as Exhibit "A" is an accurate record of events that occurred during my employment by Perdue Farms, Incorporated.

FURTHER AFFIANT SAITH NOT.

_____

MARC SMITH

SWORN TO AND SUBSCRIBED before me this _3rd_ day of _April_, 2013.

_____

NOTARY PUBLIC

My Commission Expires: _aug 9, 2013_