IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC E. SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>PERDUE FARMS INCORPORATED,<br><br>        Defendant. | C.A. No. 12-227 (LPS) |

## DECLARATION OF BROOKS R. AMIOT

I, Brooks R. Amiot, declare:

1. I am a member of the Bar of the State of Maryland and a partner at the law firm of Jackson Lewis LLP. I have been admitted *pro hac vice* in the United State District Court for the District of Delaware to represent Defendant, Perdue Farms Incorporated ("Perdue"), in the above-captioned action. I submit this Declaration in support of Perdue's Reply To Plaintiff's Memorandum In Opposition To Defendant's Motion For Summary Judgment.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of selected pages from the Deposition of Marc Smith.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of selected pages from the Deposition of David Jones.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of selected pages from the Deposition of Charles W. Broderick.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of April, 2013, in Baltimore, Maryland.

Dated: Baltimore, Maryland
      April 26, 2013

                                            Brooks R. Amiot (*pro hac vice*)
                                            JACKSON LEWIS LLP
                                            2800 Quarry Lake Dr., Ste. 200
                                            Baltimore, Maryland 21209
                                            (410) 415-2005
                                            brooks.amiot@jacksonlewis.com